UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARBMETRICS, LLC, an Ohio limited liability company,<br><br>                                    Plaintiff,<br><br>v.<br><br>DEXCOM, INC., a Delaware corporation,<br><br>                                    Defendant. | Case No.:  18-CV-134 JLS (KSC)<br><br>**ORDER ENTERING FINAL JUDGMENT OF NON-INFRINGEMENT** |

Presently before the Court is the Parties' Joint Motion and Stipulation to Enter Final Judgment of Non-Infringement.  Based on the Parties' Stipulation Reserving Right to Appeal and for Entry of Final Judgment of Non-Infringement Under the Court's Claim Construction ("Stipulation"), the Court finds, and it is **HEREBY ORDERED**, that:

1.     Dexcom does not directly or indirectly infringe, and has not directly or indirectly infringed, either literally or under the doctrine of equivalents, any claim of U.S. Patent No. 6,343,225 (the "'225 patent") under each of the Court's constructions of the terms "emulsion" and "oxygen dissolving substance."

2.     Judgment is, therefore, entered in favor of Dexcom, both with respect to Arbmetrics' claims of infringement and Dexcom's counterclaim for declaratory judgment of non-infringement of the '225 patent.

3. Arbmetrics' claims of infringement under the '225 patent are hereby **DISMISSED WITH PREJUDICE**, and Arbmetrics shall take nothing from Dexcom with respect to its allegations of infringement.

4. Each party shall bear its own fees and costs.

This Final Judgment resolves the issue of non-infringement based on the Court's construction of the terms "emulsion" and "oxygen dissolving substance." Other issues, including construction of other claim terms of the '225 patent, do not form a basis for this Judgment. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: January 28, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge